MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: OLSON, JANICE L.

Chapter 7 Case No. 94-30652-DDO

Please Check One:

[ X ]   Unclaimed Dividends

[  ]    Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP<br>LEVITZ ST PAUL<br>PO BOX 29120<br>SHAWNEE MISSION KS 66201 | 12A | 234.55 | 83.70 |
| HURLEY STATE BANK<br>GOODYEAR CREDIT<br>PO BOX 7004<br>SIOUX FALLS, SD 57117 | 19 | 2071.41 | 739.12 |
| FIRST BANK SYSTEM<br>PO BOX 6300<br>FARGO, ND 58125-6300 | 13 | 7387.39 | 2635.99 |

Date: May 14, 2010

Michael J. Iannacone, TRUSTEE